KSC
3.11.19

JMH/CJR:USAO#2018R00660

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA * <u>UNDER SEAL</u>
                                 *
        v.                    *    CRIMINAL NO. ELH-19-0115
                                 *
JUSTIN AKONOM,               *    (Conspiracy to Distribute and Possess
                                 *    with Intent to Distribute Heroin,
PATRICK BERLIN,             *    Cocaine, and Marijuana; 21 U.S.C. §
                                 *    846; Possession with Intent to Distribute
                                 *    Heroin, Cocaine, and Marijuana; 21
                                 *    U.S.C. § 841; Possession of a Firearm in
ERIC FOSS,                    *    Furtherance of a Drug Trafficking
                                 *    Crime, 18 U.S.C. § 924(c); Felon in
                                 *    Possession of Firearm, 18 U.S.C.
                                 *    § 922(g); Maintaining A Drug-Involved
ANTWAN LEE,               *    Premises; 21 U.S.C. §§ 856(a)(1);
                                 *    Forfeiture, 21 U.S.C. § 853, 28 U.S.C. §
PETE SPYROPOULOS,       *    2461(c), and 18 U.S.C. § 924(d); Aiding
                                 *    and Abetting, 18 U.S.C. § 2)
                                 *

*******

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about September, 2018, and continuing through in or about November, 2018, in the District of Maryland,

JUSTIN AKONOM,

PATRICK BERLIN,

ERIC FOSS,

ANTWAN LEE,

PETE SPYROPOULOS,



the defendants herein, did knowingly, willfully and unlawfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to knowingly, intentionally, and unlawfully distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of: heroin, a Schedule I controlled substance; cocaine, a Schedule II controlled substance; and marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code Section 841(a)(1).

**Quantity of Controlled Substances Involved in the Conspiracy**



3. With respect to ▇▇▇▇▇▇▇▇▇ PATRICK BERLIN, the amount involved in the conspiracy attributable to each as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, is 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a quantity of a mixture or substance containing a detectable amount heroin, and a quantity of a mixture or substance containing a detectible amount of marijuana, all in violation of 21 U.S.C. § 841(b)(1)(B), 21 U.S.C. § 841(b)(1)(C), and 21 U.S.C. § 841(b)(1)(D);

4. With respect to **PETE SPYROPOULOS** and **JUSTIN AKONOM**, the amount involved in the conspiracy attributable to each as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, is 100 grams or more of a mixture or substance containing a detectable amount of heroin, and a quantity of a mixture or substance

2

containing a detectable amount cocaine, all in violation of 21 U.S.C. § 841(b)(1)(B), and 21 U.S.C. § 841(b)(1)(C);

6. With respect to **ERIC FOSS** and **ANTWAN LEE**, the amount involved in the conspiracy attributable to each as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to each of them, is a quantity of a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(b)(1)(C);

21 U.S.C. § 846

## **COUNT TWO**

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**JUSTIN AKONOM,**

did knowingly, intentionally and unlawfully possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

4

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

### PATRICK BERLIN,

the defendants herein, did knowingly, intentionally and unlawfully possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

6



**COUNT FOUR**

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**ANTWAN LEE,**

did knowingly, intentionally and unlawfully possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.


21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SIX

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**PETE SPYROPOULOS,**

the defendant herein, did knowingly, intentionally and unlawfully possess with the intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a quantity of a mixture or substance containing marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## COUNT SEVEN

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**JUSTIN AKONOM,**

did knowingly discharge, and knowingly, intentionally, and unlawfully possess a firearm, to wit: a SCCY CPX-1 9mm handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and conspiracy, in violation of 21 U.S.C. § 846, as set forth in Counts One and Two of this Indictment, which are incorporated here.

18 U.S.C. § 924(c)(1)(A)

## **COUNT EIGHT**

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**JUSTIN AKONOM,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce the following firearm, to wit: a SCCY CPX-1 9mm handgun.

18 U.S.C. § 922(g)(1)

## COUNT NINE

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**PATRICK BERLIN,**

did knowingly, intentionally, and unlawfully possess a firearm, to wit: (1) a .357 caliber Smith and Wesson revolver, (2) a Taurus 9mm handgun, and (3) a Bushmaster XM15e25 AR-15 rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and conspiracy, in violation of 21 U.S.C. § 846, as set forth in Counts One and Three of this Indictment, which are incorporated here.

18 U.S.C. § 924(c)(1)(A)

## COUNT TEN

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**PATRICK BERLIN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce the following firearms, to wit: (1) a .357 caliber Smith and Wesson revolver, (2) a Taurus 9mm handgun, and (3) a Bushmaster XM15e25 AR-15 rifle.

18 U.S.C. § 922(g)(1)

## COUNT ELEVEN



## COUNT TWELVE



## COUNT THIRTEEN

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**ANTWAN LEE,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce the following firearms, to wit: a Glock 23 gen 4 .40 caliber handgun.

18 U.S.C. § 922(g)(1)

## COUNT FOURTEEN

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**PETE SPYROPOULOS,**

did knowingly, intentionally, and unlawfully possess a firearm, to wit: (1) an I.N.A. .32 caliber handgun, and (2) a Glock model 30 .45 caliber handgun, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and conspiracy, in violation of 21 U.S.C. § 846, as set forth in Counts One and Six of this Indictment, which are incorporated here.

18 U.S.C. § 924(c)(1)(A)

## COUNT FIFTEEN

The Grand Jury for the District of Maryland further charges that:

On or about November 15, 2018, in the State and District of Maryland,

**PATRICK BERLIN,**

the defendants herein, did knowingly, intentionally, and unlawfully use and maintain the premises at 103 W. Conway Street, Baltimore City, Maryland, for the purpose of manufacturing, storing, distributing and using heroin, a schedule I controlled substance; cocaine, a schedule II controlled substance; and marijuana, a schedule I controlled substance.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

## COUNT SIXTEEN



# FORFEITURE

The Grand Jury further finds that:

Pursuant to Title 21 U.S.C. § 853(a), upon conviction of one or more of the Counts in this Indictment, each defendant shall forfeit to the United States of America:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation;

including, but not limited to the following amounts of U.S. Currency seized as part of the investigation:



- $2,000 seized at 103 W. Conway Street;
- $4,500 seized at 13 Danben Court;
- $6,825 seized at 7810 St. Claire Lane;
- and $35,552 seized at ~~2417~~ 9214 (Apt 2D) -DMH Oswald Way;

If any of the property described above as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c) up to the value of the property charged

with forfeiture above.

As a result of the offenses set forth in Counts Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, and Fourteen of this indictment, the Defendants, **JUSTIN AKONOM, PATRICK BERLIN** ███ **ANTWAN LEE,** and **PETE SPYROPOULOS** shall forfeit to the United States the firearms identified in Counts Seven, Eight, Nine, Ten, Eleven, Twelve, Thirteen, and Fourteen of the indictment, as well as any ammunition seized in connection with those firearms.

21 U.S.C. § 853; 28 U.S.C. § 2461(c); Rule 32.2(a), Fed. R. Crim. P.; 18 U.S.C. § 924(d).

Robert K. Hur
United States Attorney

Date: 3/12/19